**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>**CHIEF JUDGE** | **CATHERINE O'HAGAN WOLFE**<br>**CLERK OF COURT** |

Date: December 22, 2022
Docket #: 22-3128cv
Short Title: Variscite NY One, Inc. v. State of New York

DC Docket #: 22-cv-1013
DC Court: NDNY (ALBANY)
DC Judge: Sharpe
DC Judge: Stewart

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8623.