

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF APPEALS & OPINIONS
ALBANY BUREAU

January 4, 2023

Ms. Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Variscite NY One, Inc. v. State of New York*,
No. 22-3128

Dear Ms. Wolfe:

Appellants respectfully request that the Court set March 23, 2023, as the deadline for filing appellants' brief in this matter.

Respectfully,

 /s/ *Beezly J. Kiernan*
BEEZLY J. KIERNAN
Assistant Solicitor General
(518) 776-2023

cc: Thomas J. Higgs (via ECF)