# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of January, two thousand twenty-three,

_____

| | |
|---|---|
| Variscite NY One, Inc., | **ORDER** |
| Plaintiff - Appellee, | Docket No: 22-3128 |
| v. | |
| State of New York, New York State Office of Cannabis Management, Christopher Alexander, | |
| Defendants - Appellants. | |

_____

Counsel for APPELLANTS Christopher Alexander, New York State Office of Cannabis Management and State of New York has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting March 23, 2023 as the brief filing date.

It is HEREBY ORDERED that Appellants' brief must be filed on or before March 23, 2023. The appeal is dismissed effective March 23, 2023 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court