# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of March, two thousand twenty-three.

_____

| | |
|---|---|
| Variscite NY One, Inc., | **ORDER** |
|     Plaintiff - Appellee, | Docket No. 22-3128 |
| v. | |
| State of New York, New York State Office of Cannabis Management, Christopher Alexander, | |
|     Defendants - Appellants. | |

_____

    On March 28, 2023, the Court granted in part Appellants' motion for a stay pending appeal and directed the Clerk of Court to issue an expedited briefing schedule. Appellants filed their opening brief and the appendix on March 23, 2023.

    IT IS HEREBY ORDERED that the Appellee's responsive brief must be filed within 35 days of the date of this order. Any reply brief is due 14 days thereafter.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court