# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 22-3128

**Caption [use short title]**

**Motion for:** two-week extension of deadline for appellants' reply brief while parties attempt to resolve case through settlement

Variscite NY One, Inc. v. State of New York

Set forth below precise, complete statement of relief sought:

Appellants request a two-week extension of the due date for their reply brief in order to continue engaging in the settlement process, which currently entails decisionmakers at stakeholder state agencies reviewing a draft settlement agreement

**MOVING PARTY:** Defendants-appellants  
☐ Plaintiff  ☑ Defendant  
☑ Appellant/Petitioner  ☐ Appellee/Respondent

**OPPOSING PARTY:** Plaintiff-appellee

**MOVING ATTORNEY:** Alexandria Twinem  
**OPPOSING ATTORNEY:** Christian Kernkamp  
[name of attorney, with firm, address, phone number and e-mail]

New York State Office of the Attorney General | Kernkamp Law  
The Capitol, Albany, NY 12224 | 1801 Century Park East, 24th Floor, Los Angeles, CA 90067  
518-776-2042, alexandria.twinem@ag.ny.gov | 213-214-3030, ck@kernkamplaw.comm

**Court-Judge/Agency appealed from:** District Court for the Northern District of New York (Sharpe, J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):  
☑ Yes  ☐ No (explain):

Opposing counsel's position on motion:  
☐ Unopposed  ☐ Opposed  ☑ Don't Know

Does opposing counsel intend to file a response:  
☐ Yes  ☐ No  ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**  
Has request for relief been made below?  ☐ Yes  ☐ No  
Has this relief been previously sought in this Court?  ☐ Yes  ☐ No  
Requested return date and explanation of emergency:

Is oral argument on motion requested?  ☐ Yes  ☑ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date:

**Signature of Moving Attorney:**  
/s/ Alexandria Twinem  **Date:** 5/5/23  **Service by:** ☑ CM/ECF  ☐ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

VARISCITE NY ONE, INC.,

          Plaintiff-Appellee,

v.

STATE OF NEW YORK, NEW YORK STATE OFFICE OF CANNABIS MANAGEMENT, CHRISTOPHER ALEXANDER,

          Defendants-Appellants.

Docket No. 22-3128

**DECLARATION IN SUPPORT OF APPELLANTS' MOTION FOR AN EXTENSION OF TIME**

---

ALEXANDRIA TWINEM, being an attorney duly admitted to the bar in the courts of New York, hereby affirms the following to be true under penalties of perjury:

1. I am a member of the Bar of this Court and an Assistant Solicitor General in the Office of LETITIA JAMES, Attorney General of the State of New York. I represent defendants-appellants in this matter and make this declaration in support of a motion for a two-week extension of time to file appellants' reply brief. The parties have been engaged in settlement discussions and the requested extension may permit the parties to resolve the case by settlement without the need for further litigation.

2. Appellants' reply brief is currently due May 17, 2023.

3. For more than three weeks, counsel for the parties have been seriously engaged in settlement discussions to resolve this case. A draft settlement agreement exists, and the parties are working on reviewing the terms of that draft agreement.

4. The settlement process in this case requires review and approval by decisionmakers at multiple stakeholder agencies who have been unavailable on account of the ongoing process of negotiating and finalizing the 2023-2024 Budget for New York State. That budget was approved on May 3, 2023, which has allowed the decisionmakers to resume their review of the proposed settlement.

5. Accordingly, appellants respectfully request a two-week extension of time to file their reply brief. This two-week period will allow the parties to continue settlement discussions and potentially reach a resolution without the need for further litigation, thereby preserving judicial resources.

6. Counsel for defendants-appellants contacted counsel for plaintiff-appellee on the morning of May 4 for his position on this motion, but as of the time of filing, opposing counsel has not responded. Given

the expedited nature of the briefing schedule in this case, appellants' counsel concluded that it was prudent to file this motion expeditiously rather than awaiting a response from opposing counsel.

7. In any event, neither party nor the public will be harmed by the requested extension. A partial preliminary injunction remains in place in plaintiff's region, thereby preventing any alleged harm to plaintiff during an additional two-week period. And appellants anticipate that a settlement would allow the State's cannabis licensing program to resume statewide in a prompt manner.

8. Therefore, I respectfully request that this Court grant a two-week extension of the deadline for appellants to file their reply brief so that the parties may continue to pursue settlement.

Dated: Albany, New York
May 5, 2023

/s/ *Alexandria Twinem*
ALEXANDRIA TWINEM
Assistant Solicitor General