UNITED STATES COURT OF APPEALS
SECOND CIRCUIT

| | |
|---|---|
| VARISCITE NY ONE, INC.,<br><br>       *Plaintiff-Appellee,*<br><br>v.<br><br>STATE OF NEW YORK; NEW YORK STATE OFFICE OF CANNABIS MANAGEMENT; AND CHRISTOPHER ALEXANDER,<br><br>       *Defendants-Appellants.* | No. 22-3128 |

**NOTICE OF NON-OPPOSITION TO MOTION FOR EXTENSION OF TIME**

    Notice is hereby given that Plaintiff-Appellee Variscite NY One, Inc. does not oppose Defendant-Appellant's request for a two-week extension of the due date for their reply brief.

Dated: May 8, 2023

                                                Respectfully submitted,

                                                **KERNKAMP LAW, APC**

         By:    */s/ Christian E. Kernkamp*
                        Christian E. Kernkamp, Esq.
                        New York Reg. No.: 5721923
                        *Attorney for Plaintiff – Lead Counsel*
                        1801 Century Park E. 24 Fl.
                        Los Angeles, CA 90067
                        (213) 214-3030
                        Email: ck@kernkamplaw.com