# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of May, two thousand twenty-three.

_____

Variscite NY One, Inc.,

    Plaintiff - Appellee,

v.

State of New York, New York State Office of Cannabis Management, Christopher Alexander,

    Defendants - Appellants.

_____

**ORDER**

Docket No. 22-3128

    Appellants move for an extension of time until May 31, 2023 to file the reply brief. Appellee does not oppose the motion.

    IT IS HEREBY ORDERED that the unopposed motion is GRANTED.

> For the Court:
> Catherine O'Hagan Wolfe,
> Clerk of Court