# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of May, two thousand twenty-three,

---

Variscite NY One, Inc.,

Plaintiff - Appellee,

v.

State of New York, New York State Office of Cannabis Management, Christopher Alexander,

Defendants - Appellants.

---

**ORDER**

Docket No. 22-3128

Appellants move for a 3-week extension of time to file the reply brief.

IT IS HEREBY ORDERED that the unopposed motion is GRANTED. Appellants' reply brief is due June 21, 2023.

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court

Catherine O'Hagan Wolfe

UNITED STATES SECOND CIRCUIT COURT OF APPEALS